UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
Southeastern Division
Case No. 3:14-cr-1-06

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SCOTT ANDREW ANDERSON,
    Defendant.

## DECLARATION OF SCOTT ANDREW ANDERSON IN SUPPORT OF MOTION TO REDUCE SENTENCE

I Scott Andrew Anderson, state and declare as follows:

1. Exhibit A is a true and correct copy of my September 29, 2024, request to the FCI Sandstone Warden for a sentence reduction.

2. Exhibit B is a true and correct copy of my inmate disciplinary record showing now disciplinary incidents during the ten years I have been imprisoned.

3. Exhibit C is a true and correct copy of my BOP Sentry reporting containing comments from the FCI Sandstone Chaplin.

4. Exhibit D is a true and correct copy of my work history, showing my service in the Leavenworth Suicide Companion Program.

5. Exhibit E is a true and correct copy of my education transcript showing my completion of a vocational technical culinary arts degree.

6. Exhibit F is a true and correct copy of my inmate history showing my completion of First Step Act evidence-based recidivism reduction programming.

7. Exhibit G is a true and correct copy of excepts of proceedings from my January 6, 2015, continued sentencing hearing showing that my advisory guideline calculation was 121-151 months.

8. Exhibit H is a true and correct copy of my First Step Act time credit assessment showing my conditional transfer to community date of October 15, 2028. This is the earliest date I could be transferred from an institutional setting to a community custody setting, such as halfway house or home confinement.

9. Exhibit I is a true and correct copy of my certificate of completion for the Sandstone RDAP program.

10. Exhibit J is a true and correct copy of my PATTERN score showing my low risk of recidivism and my minimum custody classification score.

11. Exhibit K is a true and correct copy of my Bureau of Prison medical records, including X-rays of the screws throughout my body.

I declare under the penalty of perjury that the foregoing is true and correct.

*Scott Andrew Anderson*      Dated: 10-31-2024
Scott Andrew Anderson