# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Scott Andrew Anderson,<br><br>        Defendant. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:14-cr-19(6) |

Defendant Scott Andrew Anderson moves for an extension of time to reply to the United States. Doc. 441. In the exercise of its discretion, the Court **GRANTS** the motion (Doc. 441). Anderson shall have until January 24, 2025, to reply to the United States.

    **IT IS SO ORDERED**.

    Dated this 27th day of December, 2024.

                                                               */s/ Peter D. Welte*
                                                              Peter D. Welte, Chief Judge
                                                              United States District Court